IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : **CIVIL ACTION** |
| | : |
| **EDWARD J. MEEHAN ET AL.,** | : **NO. 10-713** |
| **Defendants.** | : |

**ORDER**

    **AND NOW**, this ___ of August, 2011, upon consideration of Defendants Edward and Colleen Meehan's Motion for Summary Judgment (Doc. 8), Plaintiff's Response in Opposition thereto and Cross Motion for Summary Judgment (Doc. 11), and Defendants' Response, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion for Summary for Judgment is **DENIED,** and Plaintiff's Cross Motion for Summary Judgment is **GRANTED**[1]**.**

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Court rendered its memorandum opinion in connection with the above order on August 4, 2011.